IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>C.E. SMITH, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>JUAN ALBERTO LOJAS<br>dba Puro Futbol Magazine,<br><br>Respondent. | NO. C-06-4723-TEH<br><br><br><br>**ORDER ENFORCING SUMMONSES** |

This case having come on for hearing on January 22, 2007, at 10:00 a.m., upon the return of an Order to Show Cause heretofore issued by this Court, and the Court having considered the record herein, including the Verified Petition To Enforce Internal Revenue Service Summonses, it is hereby:

**ORDERED** that respondent, Juan Alberto Lojas, shall appear before Revenue Officer C.E. Smith, or any other designated agent, on February 12, 2007, at the Offices of the Internal Revenue Service located at 777 Sonoma Avenue, Room 112, Santa Rosa, CA 95404, and then and there give testimony relating to the matters described in the subject Internal Revenue Service summonses, copies of which are attached hereto as **Exhibits A and B** and produce for the Revenue Officer's inspection and copying respondent's records also described in the subject Internal Revenue Service summonses.

**ORDERED** this 22nd day of JANUARY, at San Francisco, California.

UNITED STATES DISTRICT JUDGE



# Summons

In the matter of  Juan Alberto Lojas doing business as Puro Futbol Magazine, 4719 Orville Ave, Santa Rosa, CA 95407

Internal Revenue Service (Division): **Small Business/Self Employed**

Industry/Area (name or number): **Small Business/Self Employed - California Area**

Periods  See attachment for Period information

## The Commissioner of Internal Revenue

To  Juan Alberto Lojas

At  4719 Orville Avenue; Santa Rosa, CA 95407

You are hereby summoned and required to appear before C.E. Smith, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All payroll records, canceled payroll checks, records of wages paid in cash, employees' social security account number, employees' withholding exemption certificates for all employees, and all other books, records, and papers containing information relative to wages paid during the above calendar periods by the above-named taxpayer, so that an Employer's Quarterly Federal Tax Return (Form 941) for the calendar quarter(s) ended date(s) **March 31, 2002; June 30, 2002; September 30, 2002; December 31, 2002; March 31, 2003; September 30, 2003;** , and an Employer's Annual Federal Unemployment Tax Return (Form 940) for the calendar year(s) **December 31, 2002** may be prepared; blank copies of such returns are attached hereto, to guide you in your production of relevant documents.

Do not write in this space

---

Business address and telephone number of IRS officer before whom you are to appear:

777 Sonoma Avenue, suite 112, Santa Rosa, CA 95404   707-535-3809

Place and time for appearance at:  777 Sonoma Avenue suite 112, Santa Rosa, CA 95404

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

on the  27th  day of  April , 2006 at  9:00  o'clock  A m.

Issued under authority of the Internal Revenue Code this _30TH_ day of _MARCH_, 2006

_Signature of Issuing Officer_     Revenue Officer
                                   Title

Exhibit A

Signature of Approving Officer (if applicable)     Title



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 03/30/2006 | 1:16 pm |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☑ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): Agripina Viegas

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:

Signature: C. Smith    Title: Revenue Officer

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____    Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☑ No notice is required.

Signature: C. Smith    Title: Revenue Officer

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

Signature: _____    Title: _____

Form 2039 (Rev. 12-2001)

Attachment to Summons Form.   39

In the matter of  **Juan Alberto Lojas doing business as Puro Futbol Magazine**

Period information:  period ending: March 30, 2002; June, 2002; September 30, 2002; December 31, 2002; March 31, 2003, September 30. 2003

# Summons

In the matter of Juan Alberto Lojas doing business as Puro Futbol Magazine, 4719 Orville Avenue, Santa Rosa, CA 95407

Internal Revenue Service (Division): Small Business/Self Employed

Industry/Area (name or number): Small Business/Self Employed - California Area

Periods ending: March 31, 2005; June 30, 2006; September 30, 2005; December 31, 2005; March 31, 2006

## The Commissioner of Internal Revenue

To   Juan Alberto Lojas
At   4719 Orville Avenue; Santa Rosa, CA 95407

You are hereby summoned and required to appear before C.E. Smith, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents in your possession and control reflecting the assets and liabilities of the above named taxpayer(s) including, but not limited to, the following: all bank statements, checkbooks, canceled checks, savings account passbooks, and records of certificates of deposit, for the period March 1, 2005 to March 31, 2006, regarding accounts or assets held in the name of the taxpayer(s) or held for the benefit of the taxpayer(s); all records or documents regarding stocks and bonds, deeds or contracts regarding real property, current registration certificates for motor vehicles, and life or health insurance policies currently in force, any of which items are owned, wholly or partially, by the taxpayer(s), or in which the taxpayer(s) have a security interest, or held for the benefit of either or both of the taxpayer(s), so that a current Collection Information Statement may be prepared. A blank copy of such Collection Information Statement is attached hereto to guide you in the production of the necessary documents and records.

Do not write in this space

Business address and telephone number of IRS officer before whom you are to appear:

777 Sonoma Avenue suite 112, Santa Rosa, CA 95404   707-535-3809

Place and time for appearance at:   777 Sonoma Avenue suite 112, Santa Rosa, CA 95404



**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

on the 27th day of April, 2006 at 9:00 o'clock A m.

Issued under authority of the Internal Revenue Code this 30TH day of MARCH, 2006

_____
Signature of Issuing Officer

_____
Revenue Officer
Title

Exhibit B

_____
Signature of Approving Officer (if applicable)

_____
Title

Original -- to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 05/30/2006 | 1:16 pm |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☑ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _Aglapina Vasquez_

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:

| Signature | Title |
|---|---|
| C. Smith Jr. | Revenue Officer |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____ Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☑ No notice is required.

| Signature | Title |
|---|---|
| C. Smith Jr. | Revenue Officer |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
|  |  |

Form 2039 (Rev. 12-2001)