```
SCOTT N. SCHOOLS   (SCSBN 9990)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:    (415) 436-6935
 Fax:              (415) 436-6748
```

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>C.E. SMITH, Revenue Officer,<br><br>       Petitioners,<br><br>   v.<br><br>JUAN ALBERTO LOJAS<br>dba Puro Futbol Magazine,<br><br>       Respondent. | No. C-06-4723-TEH<br><br>**REQUEST FOR DISMISSAL<br>AND ORDER THEREON** |

On January 22, 2007, the Court entered its Order Enforcing Summonses in this matter. Pursuant to the Order Enforcing Summonses respondent has now appeared before the petitioner and complied with the Court's order.

Because Respondent has complied with summonses and order the United States of America asks that this matter be dismissed with prejudice.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/ Thomas Moore
Assistant United States Attorney
Tax Division

**IT IS SO ORDERED.**

**ORDERED** this 10th day of October, 2007 at San Francisco, California.

_____
UNITED STATES DISTRICT
Judge Thelton E. Henderson